1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| A.J. OLIVER | ) | Civil No. 07 cv 1719 IEG  (WMc) |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING CONTINUANCE** |
| v. | ) | **OF EARLY NEUTRAL EVALUATION** |
| | ) | **CONFERENCE [Doc. No. 12.]** |
| GMRI, INC. dba RED LOBSTER #0521 | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Having read the foregoing Joint Motion, [Doc. No. 12.] and good cause appearing, the Court **GRANTS** the Joint Motion.  The Early Neutral Evaluation Conference is hereby continued to **March 21, 2008 at 9:30 a.m.** in the Chambers of the Honorable William McCurine, Jr., United States Magistrate Judge, 940 Front Street, First Floor, San Diego, California  92101.

The required on-site meet and confer shall be conducted **no later than March 7, 2008** and the Joint ENE Statement shall be lodged **no later than seven (7) days prior to the conference**.

**IT IS SO ORDERED.**

DATED: February 19, 2008

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge, U.S. District Court

Copy to:

HONORABLE IRMA E. GONZALEZ, U.S. DISTRICT JUDGE
ALL COUNSEL OF RECORD

1

07cv1719 IEG (WMc)